# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS RODOLFO MERO BAILON,<br><br>Petitioner,<br><br>V.<br><br>B. BIRKHOLZ, Warden,<br><br>Respondent. | CASE NO. CV 23-8606 SB (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Motion to Dismiss, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Respondent's Motion to Dismiss is GRANTED. The Petition is DENIED, and Judgment shall be entered dismissing this action with prejudice.

1       IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record and on counsel for Respondent.

      LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 13, 2024

> STANLEY BLUMENFELD, JR.
> UNITED STATES DISTRICT JUDGE

2