JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS RODOLFO MERO BAILON, | Case No. CV 23-8606 SB (PVC) |
| Petitioner, | |
| v. | **JUDGMENT** |
| B. BIRKHOLZ, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  May 13, 2024

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE